ROBERT B. KAPLAN (State Bar No. 076950)
JENNIFER S. COLEMAN (State Bar No. 213210)
JEFFER, MANGELS, BUTLER, & MARMARO, LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
Tel: (415) 398-8080
Fax: (415) 398-5584

Attorneys for
SILICON VALLEY BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                ) Bk No. 04-33651
                                     )
TriCN, INC. fdba                     ) [Chapter 11]
TriCN and Associates, LLC,           )
                                     ) **REQUEST FOR SPECIAL NOTICE AND**
                                     ) **REQUEST TO BE ADDED TO MASTER**
     Debtor.                         ) **MAILING LIST BY SILICON VALLEY**
                                     ) **BANK**
                                     )
                                     )
                                     )
_____)

   The undersigned attorneys for creditor Silicon Valley Bank, N.A. (the "Bank") hereby request notice of all hearings, or trial dates, motions and notices of motions, applications, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, plans of reorganization, disclosure statements, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the

| | |
|---|---|
| 1 | Court, the debtor, or any other party-in-interest in this case, |
| 2 | and request that all notices, applications, or the like be sent |
| 3 | to the address below, and that such address be added to the |
| 4 | Court's master mailing list: |
| 5 | SILICON VALLEY BANK |
| 6 | c/o Jennifer S. Coleman, Esq.<br>JEFFER, MANGELS, BUTLER, & MARMARO, LLP |
| 7 | Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 |
| 8 | THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is |
| 9 | without prejudice to the Bank's rights, remedies and claims |
| 10 | against other entities or any objection that may be made to the |
| 11 | jurisdiction or venue of the Court or venue of this case, and |
| 12 | shall not be deemed or construed to be a waiver of the Bank's |
| 13 | rights (1) to have final orders in noncore matters entered only |
| 14 | after de novo review by a District Judge, (2) to trial by jury in |
| 15 | any proceeding so triable in this case or any case, controversy, |
| 16 | or proceeding related to this case, (3) to have the District |
| 17 | Court withdraw the reference in any matter subject to mandatory |
| 18 | or discretionary withdrawal, or (4) any other rights, claims, |
| 19 | actions, setoffs, or recoupments to which the Bank is or may be |
| 20 | entitled, in law or in equity, all of which rights, claims, |
| 21 | actions, defenses, setoffs, and recoupments the Bank expressly |
| 22 | reserves. |
| 23 | |
| 24 | Dated: January 4, 2005    JEFFER, MANGELS, BUTLER, & MARMARO, LLP |
| 25 | ROBERT B. KAPLAN<br>JENNIFER S. COLEMAN |
| 26 | |
| 27 | By: *Jennifer S. Coleman*<br>JENNIFER S. COLEMAN |
| 28 | Attorneys for Creditor SILICON VALLEY BANK |

PRINTED ON
RECYCLED PAPER

EAP WPF9 SF 368761 v1 22222-2222 01/04/05    -2-    REQUEST FOR SPECIAL NOTICE

2